No. 71–5022.  GRAMES *v.* MICHIGAN.  Sup. Ct. Mich. Certiorari denied.

No. 71–5025.  PETERSON *v.* SOUTH CAROLINA.  Sup. Ct. S. C.  Certiorari denied.

No. 71–5028.  PULLEY *v.* NORVELL, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 71–5031.  ADAMS *v.* WAINWRIGHT, CORRECTIONS DIRECTOR.  C. A. 5th Cir.  Certiorari denied.

No. 71–5037.  O'DELL *v.* NEW YORK.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 71–5038.  HANNA *v.* ARIZONA.  Sup. Ct. Ariz. Certiorari denied.

No. 71–5041.  BALOGH *v.* NEW JERSEY.  Sup. Ct. N. J. Certiorari denied.

No. 71–5042.  STODDARD *v.* STODDARD.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 71–5043.  COON *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 71–5045.  CLEVENGER *v.* CONTE.  Sup. Ct. Wash. Certiorari denied.

No. 71–5047.  HARRIS ET AL. *v.* CHESAPEAKE & PO-TOMAC TELEPHONE COMPANY OF VIRGINIA ET AL.  Sup. Ct. App. Va.  Certiorari denied.

No. 71–5049.  OWENS *v.* NEW YORK.  Ct. App. N. Y. Certiorari denied.